# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRECIA ECHEVARRIA-HERNANDEZ, <br> Plaintiff(s), <br> vs. <br> AFFINITYLIFESTYLES.COM, <br> Defendant(s). | Case No. 2:16-cv-00943-GMN-VCF <br><br> **ORDER** |

The undersigned has been assigned as a settlement judge in this case for the purposes of holding an early neutral evaluation. *See* Docket No. 3. Whether to exempt a particular case from the early neutral evaluation process is an issue entrusted to the discretion of the settlement judge. *See* Local Rule 16-6(c). Defendant has appeared in this instance by filing a motion to compel arbitration. Docket No. 9. The parties are hereby **ORDERED** to file, no later than June 2, 2016, a joint statement as to whether this case should be exempted from the early neutral evaluation process and, if not, whether the Court should defer holding the early neutral evaluation until after the motion to compel arbitration has been decided.

IT IS SO ORDERED.

Dated: May 26, 2016

_____
Nancy J. Koppe
United States Magistrate Judge