# EXHIBIT 1 – E-MAIL FROM MS. GINAPP DATED JUNE 1, 2016

**Collin Jayne**

**From:** Ginapp, Kristol <Kristol.Ginapp@lewisbrisbois.com>
**Sent:** Wednesday, June 01, 2016 10:07 PM
**To:** Joseph Gutierrez
**Subject:** RE: Activity in Case 2:16-cv-00943-GMN-VCF Echevarria-Hernandez v. Affinitylifestyles.com, Inc. d/b/a Real Alkalized Water Order

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Joey,

Please be sure to advise your client that she will be responsible for her share of the fees associated with mediation and arbitration pursuant to the terms of the agreement she signed.

Kristol

---

**From:** Joseph Gutierrez [mailto:jag@mgalaw.com]
**Sent:** Wednesday, June 01, 2016 9:11 PM
**To:** Ginapp, Kristol
**Cc:** Collin Jayne
**Subject:** Re: Activity in Case 2:16-cv-00943-GMN-VCF Echevarria-Hernandez v. Affinitylifestyles.com, Inc. d/b/a Real Alkalized Water Order

Sent from my iPhone

On Jun 1, 2016, at 9:06 PM, Ginapp, Kristol <Kristol.Ginapp@lewisbrisbois.com> wrote:

> Joey,

Kristol

---

**From:** Joseph Gutierrez [mailto:jag@mgalaw.com]
**Sent:** Wednesday, June 01, 2016 2:19 PM
**To:** Ginapp, Kristol
**Cc:** Collin Jayne
**Subject:** RE: Activity in Case 2:16-cv-00943-GMN-VCF Echevarria-Hernandez v. Affinitylifestyles.com, Inc. d/b/a Real Alkalized Water Order

Kristol,

I didn't hear back from you so we already submitted our statement regarding the ENE. I emailed you about this last Thursday and again on Tuesday. It looks like your email got caught in my spam filter so I did not get it until just now. Either way, I am not going to wait until the last minute to get a response to a Federal Court order on file.

Obviously, we will oppose your motion to compel arbitration on several grounds. Even if it is upheld, the agreement requires mediation, which I believe an ENE is the best forum.

I have had a lot of success with Judge Koppe in the past in ENEs and I think she would be excellent for this case.

**Joseph A. Gutierrez**
**MAIER GUTIERREZ AYON**
400 South Seventh Street | Suite 400
Las Vegas, Nevada 89101
Tel: 702.629.7900 | Fax: 702.629.7925
jag@mgalaw.com | www.mgalaw.com
<image001.gif>

---

**From:** Ginapp, Kristol [mailto:Kristol.Ginapp@lewisbrisbois.com]
**Sent:** Wednesday, June 01, 2016 12:56 PM
**To:** Joseph Gutierrez <jag@mgalaw.com>
**Subject:** Fwd: Activity in Case 2:16-cv-00943-GMN-VCF Echevarria-Hernandez v. Affinitylifestyles.com, Inc. d/b/a Real Alkalized Water Order

See below.

Kristol Bradley Ginapp
Sent from my iPhone

Begin forwarded message:

> **From:** "Ginapp, Kristol" <Kristol.Ginapp@lewisbrisbois.com>
> **Date:** May 31, 2016 at 10:30:23 AM PDT
> **To:** 'Joseph Gutierrez' <jag@mgalaw.com>
> **Subject: RE: Activity in Case 2:16-cv-00943-GMN-VCF Echevarria-Hernandez v. Affinitylifestyles.com, Inc. d/b/a Real Alkalized Water Order**
>
> Here are my thoughts: The case should be compelled to arbitration based upon the arbitration provision. However, the arbitration provision also requires mediation first,

which I anticipate I will be contacting you about this week. [redacted] What are your thoughts?

**Kristol Bradley Ginapp**
**Partner**
Kristol.Ginapp@lewisbrisbois.com

**6385 South Rainbow Blvd., Suite 600**
**Las Vegas, NV 89118**

**T: 702.693.4381 F: 702.893.3789**

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Joseph Gutierrez [mailto:jag@mgalaw.com]
**Sent:** Tuesday, May 31, 2016 9:20 AM
**To:** Ginapp, Kristol
**Subject:** FW: Activity in Case 2:16-cv-00943-GMN-VCF Echevarria-Hernandez v. Affinitylifestyles.com, Inc. d/b/a Real Alkalized Water Order

I sent you an email last week on this response. Let me know your thoughts by today or we will file an individual response.

Joseph A. Gutierrez
MAIER GUTIERREZ AYON
400 South Seventh Street | Suite 400
Las Vegas, Nevada 89101
Tel: 702.629.7900 | Fax: 702.629.7925
jag@mgalaw.com | www.mgalaw.com

**From:** cmecf@nvd.uscourts.gov [mailto:cmecf@nvd.uscourts.gov]
**Sent:** Thursday, May 26, 2016 1:29 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:16-cv-00943-GMN-VCF Echevarria-Hernandez v. Affinitylifestyles.com, Inc. d/b/a Real Alkalized Water Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**United States District Court**

**District of Nevada**

## Notice of Electronic Filing

The following transaction was entered on 5/26/2016 at 1:28 PM PDT and filed on 5/26/2016

**Case Name:** Echevarria-Hernandez v. Affinitylifestyles.com, Inc. d/b/a Real Alkalized Water
**Case Number:** 2:16-cv-00943-GMN-VCF
**Filer:**
**Document Number:** 11

**Docket Text:**
**ORDER directing the parties to file joint statement as to whether this case should be exempted from ENE process by 6/2/2016. Signed by Magistrate Judge Nancy J. Koppe on 5/26/16. (Copies have been distributed pursuant to the NEF - JC)**

**2:16-cv-00943-GMN-VCF Notice has been electronically mailed to:**

Kristol Bradley Ginapp kristol.ginapp@lewisbrisbois.com, kileen.watase@lewisbrisbois.com

Joseph A. Gutierrez jag@mgalaw.com, cmb@mgalaw.com, dtr@mgalaw.com, jrm@mgalaw.com, laa@mgalaw.com, mes@mglaw.com, ndv@mgalaw.com

Collin M. Jayne cmj@mgalaw.com

**2:16-cv-00943-GMN-VCF Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=5/26/2016] [FileNumber=7627613-0] [7d0f0e78c4983d8fa0e3352f6b94adbb955d072ce0d6b9eee3fbb032bfe6901f2d0b6a9583ece0581f5ebaa2fb5dd924b3c792737a04520e49a96d2e88a638d8]]

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly

prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.