# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

GRECIA ECHEVARRIA-HERNANDEZ,

    Plaintiff,

vs.

AFFINITY LIFESTYLES.COM, INC., *et al.*,

    Defendants.

2:16-cv-00943-GMN-VCF

**MINUTE ORDER**

    Before the Court is the Emergency Motion for Protective Order (ECF No. 22).

    IT IS HEREBY ORDERED that the depositions of Brent Jones on October 31, 2016 and Bonnie Mercado on October 27, 2016 are stayed, pending further order of the Court.

    IT IS FURTHER ORDERED that any opposition to the Emergency Motion for Protective Order (ECF No. 22) must be filed on or before October 25, 2016.  No reply necessary.

    IT IS FURTHER ORDERED that a hearing on the Emergency Motion for Protective Order (ECF No. 22) is scheduled for 11:00 a.m., November 4, 2016, in Courtroom 3D.

    DATED this 18th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE