# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GRECIA ECHEVARRIA-HERNANDEZ,

Plaintiff,

vs.

AFFINITYLIFESTYLES.COM, INC., *et al.*,

Defendants.

2:16-cv-00943-GMN-VCF

**MINUTE ORDER**

Before the Court is Defendant's Emergency Motion to Stay Dispositive Motion Filing Deadline (ECF No. 32).

IT IS HEREBY ORDERED that a telephonic hearing on the Emergency Motion to Stay Dispositive Motion Filing Deadline (ECF No. 32) is scheduled for 10:00AM, Thursday, March 9, 2017. The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 6th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE