VERONICA ARECHEDERRA HALL, Esq.
Nevada Bar No. 5855
E-Mail: Veronica.Hall@lewisbrisbois.com
CAYLA WITTY
Nevada Bar No. 12897
E-Mail: Cayla.Witty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Affinitylifestyles.com, Inc.
d/b/a Real Alkalized Water

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GRECIA ECHEVARRIA-HERNANDEZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL ALKALIZED WATER, a Nevada corporation, DOES I-X, and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00943-GMN-VCF<br><br>**REQUEST FOR LEAVE TO WITHDRAW ATTORNEY KRISTOL BRADLEY GINAPP** |

Defendant AFFINITYLIFESTYLES.COM, INC. d/b/a REAL ALKALIZED WATER ("Defendant"), by and through its attorney of record of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby requests leave of the Court to remove that Kristol Bradley Ginapp, Esq. as counsel of record from the above captioned case and the Court's docket. Kristol Bradley Ginapp, Esq. is no longer an employee of Lewis Brisbois Bisgaard & Smith, LLP and her withdrawal will not cause any delay in the action.

/ / /

/ / /

/ / /

4843-2469-0759.1                                                                                              2:16-cv-00943-GMN-VCF

Veronica Arechederra Hall will become lead counsel of record for Defendant.

DATED this 20th day of April, 2017.

        LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ *Veronica Arechederra Hall*
  VERONICA ARECHEDERRA HALL
  Nevada Bar No. 5855
  6385 S. Rainbow Boulevard, Suite 600
  Las Vegas, Nevada 89118
  Tel. 702.893.3383
  Attorneys for Affinitylifestyles.com, Inc.
  d/b/a Real Alkalized Water

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-28-2017

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 20th of April, 2017, I did cause a true and correct copy of **REQUEST FOR LEAVE TO WITHDRAW ATTORNEY KRISTOL BRADLEY GINAPP** to be served via electronic mail to the parties below:

Joseph A. Gutierrez, Esq.
Daniella J. Barraza, Esq.
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
T: 702-629-7900
F: 702-629-7925
E: jag@mgalaw.com
E: djb@mgalaw.com
Attorneys for Plaintiff

By: /s/ Pamela January
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP