1  BRUCE C. YOUNG, ESQ.
   Nevada Bar No. 5560
2  SCOTT H. BARBAG, ESQ.
   Nevada Bar No. 14164
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
5  TEL:   702.893.3383
   FAX:   702.893.3789
6  Bruce.Young@lewisbrisbois.com
   Scott.Barbag@lewisbrisbois.om
7  Attorneys for Affinitylifestyles.com, Inc. d/b/a
8  Real Alkalized Water

9

UNITED STATES DISTRICT COURT

10

DISTRICT OF NEVADA

11

12

| | |
|---|---|
| GRECIA ECHEVARRIA-HERNANDEZ, individually, | CASE NO. 2:16-cv-00943-GMN-VCF |
| Plaintiff, | |
| vs. | **REQUEST FOR LEAVE TO WITHDRAW ATTORNEYS  VERONICA ARECHEDERRA HALL AND CAYLA WITTY** |
| AFFINITYLIFESTYLES.COM, INC. d/b/a REAL ALKALIZED WATER, a Nevada corporation, DOES I-X, and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendants. | |

20  Defendant AFFINITYLIFESTYLES.COM, INC. d/b/a REAL ALKALIZED WATER

21  ("Defendant"), by and through its attorney of record of the law firm of Lewis Brisbois Bisgaard &

22  Smith, LLP, hereby requests leave of the Court to remove Veronica Arechederra Hall and Cayla

23  Witty as counsel of record from the above captioned case and the Court's docket.    Veronica

24  Arechederra Hall, Esq. and Cayla Witty, Esq. are no longer employees of Lewis Brisbois Bisgaard

25  & Smith, LLP and their withdrawal will not cause any delay in the action.

26  / / /

27  / / /

28  / / /

4828-8273-9546.1                                                    2:16-cv-00943-GMN-VCF

Bruce C. Young, Esq. will become lead counsel of record for Defendant.

DATED this 23rd day of January, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
BRUCE C. YOUNG, ESQ.
Nevada Bar No. 5560
SCOTT H. BARBAG, ESQ.
Nevada Bar No. 14164
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Affinitylifestyles.com, Inc. d/b/a
Real Alkalized Water

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-25-2018

CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 23rd of January, 2018, I did cause a true and correct copy of **REQUEST FOR LEAVE TO WITHDRAW ATTORNEYS VERONICA ARECHEDERRA HALL AND CAYLA WITTY** to be served via the CM/ECF filing system to all parties on the service list:

Joseph A. Gutierrez, Esq.
Daniella J. Barraza, Esq.
**Maier Gutierrez & Associates**
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
T: 702-629-7900
F: 702-629-7925
E: jag@mgalaw.com
E: djb@mgalaw.com
Attorneys for Plaintiff

By: /s/ Heidi Davis
An Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP